Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BRIAN LLEWELLYN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP, a foreign general partnership going business as VERIZON WIRELESS; SEATTLE SMSA LIMITED PARTNERSHIP, a foreign limited partnership doing business as VERIZON WIRELESS; VYRA SARAN, an individual; FABIAN PULIDO, an individual; and DOES 1-20, as yet unknown Washington entities,<br><br>          Defendant(s). | No. 2:25-cv-01316-RSL<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE** |

This matter came before the Court on the Parties' stipulation to set briefing schedule for Plaintiff's motion for class certification. Having reviewed the stipulation of the Parties, and all other pleadings and materials presently on file with the Court, it is hereby ORDERED that the Parties' stipulation is granted. Defendants shall file their response to Plaintiff's motion for class certification no later than May 1, 2026, and Plaintiff shall file his reply no later than May 15, 2026.

ORDER GRANTING STIPULATION TO SET
BRIEFING SCHEDULE - 1

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

It is so ordered this 15th day of April, 2026.

_____

The Honorable Robert S. Lasnik
U.S. District Court Judge

Presented by:

**EMERY | REDDY, PC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com
*Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

By: */s/ Matthew R. Kelly*
Kyle D. Nelson, WSBA No. 49981
Matthew R. Kelly, WSBA No. 48050
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: (206) 393-4058
Email: knelson@seyfarth.com
Email: mrkelly@seyfarth.com
*Attorneys for Defendants*

ORDER GRANTING STIPULATION TO SET
BRIEFING SCHEDULE - 2

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711